UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRIS WINCHESTER, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:16-cv-621 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| JB CARRIERS, LLC and | ) | |
| SUKHJINDER SINGH, | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

Having granted Plaintiff Winchester's motion for specific performance of settlement agreement, there are no remaining claims. Defendants agreed to pay Plaintiff $30,000 to resolve all of the claims brought in the complaint. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS MATTER IS TERMINATED.**

**IT IS SO ORDERED.**

Date: January 24, 2017                                    /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge